IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LHF PRODUCTIONS, INC.,

Plaintiff,

v.

DOES 1-19,

Defendants.

Case No. C16-1175 RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On June 20, 2017, Plaintiff LHF Productions, Inc. ("LHF") filed a praecipe asking the Court to allow it to replace its Second Amended Complaint (Dkt. #82) with another amended complaint. Dkt. #84 at 1. This request stems from LHF's failure to properly name the remaining defendants in this matter. Although LHF had previously named ten defendants in its Amended Complaint, its Second Amended Complaint named one defendant. *Compare* Dkt. #20, *with* Dkt. #82. Pursuant to Local Civil Rule 7(m), parties who discover an error in a document filed with the Court can file a praecipe asking the Court to consider a corrected document; the party seeking to correct an error "must specify by docket number the document being corrected and the corrections by page and line number." LCR 7(m). LHF's praecipe

MINUTE ORDER– 1

fails to meet the requirements of Local Civil Rule 7(m).  Here, LHF does not specify the corrections it seeks to make to its Second Amended Complaint by page and line number.  Instead, LHF simply states the complaint it seeks to file in place of its Seconded Amended Complaint "correctly reflects that the parties subject to default judgment remain in this case." Dkt. #84 at 1.  Given LHF's failure to comply with Local Civil Rule 7(m), LHF's praecipe (Dkt. #84) is STRICKEN as IMPROPER.  Additionally, the Court notes that because LHF seeks to make substantive changes to its Second Amended Complaint, it must do so by moving to amend its complaint.

IT IS SO ORDERED this 22nd day of June 2017.

WILLIAM McCOOL, Clerk

By: /s/ Rhonda Stiles
Deputy Clerk