UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-19, <br><br> Defendants. | Case No. C16-1175 RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SECOND AMENDED COMPLAINT |

This matter comes before the Court on Plaintiff LHF Productions, Inc.'s ("LHF") Motion for Leave to Amend Complaint to Name Defaulted Parties. Dkt. #86. LHF filed this matter in July 2016; an Amended Complaint was filed in October 2016. *See* Dkts. #1 and #20. In April 2017, LHF filed a motion to amend its Amended Complaint, and on June 16, 2017, the Court granted LHF's motion. *See* Dkts. #79 and #81. On June 19, 2017, LHF filed its Second Amended Complaint. Dkt. #82. However, the Second Amended Complaint only identified one defendant. *Id*. at 1. Because LHF does not seek to dismiss six previously identified defendants from this matter, it now asks the Court for leave to amend its Second Amended Complaint so it can name the six defendants it failed to include in its Second Amended Complaint. Dkt. #86 at 1. For the reasons discussed herein, the Court GRANTS LHF's motion.

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT - 1

Rule 15(a)(2) of the Federal Rules of Civil Procedure calls for the liberal amendment of pleadings, "when justice so requires." FED. R. CIV. P. 15(a)(2). Thus, "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the [plaintiff], repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.," parties should be allowed to amend a complaint. *Foman v. Davis,* 371 U.S. 178, 182 (1962). Here, LHF demonstrates the interests of justice warrant allowing it to amend its Second Amended Complaint. Because LHF had previously named Richard Acosta, Nathaniel Lewis, Shawn Gauci, Antoliy Orlovskiy, Zhana Prieb, and Denise Evans as defendants in this matter, and because LHF indicates it inadvertently removed these defendants from its Second Amended Complaint, the Court is satisfied that LHF demonstrates there is no evidence of bad faith or undue delay on its part. Consequently, LHF's motion to amend its Second Amended Complaint (Dkt. #86) is GRANTED.

DATED this 19th day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT - 2