Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ACOSTA, an individual; <br> NATHANIEL LEWIS, an individual, <br> SIMON MONTGOMERY, an individual; <br> SHAWN GAUCI, an individual; <br> ANTOLIY ORLOVSKIY, an individual; <br> ZHANA PRIEB, an individual; and <br> DENISE EVANS, an individual, <br><br> Defendants. | Civil Action No. 16-cv-1175RSM <br><br> VOLUNTARY DISMISSAL OF SIMON MONTGOMERY (DOE 10) |

The Internet Service Provider was unable to provide subscriber identification information in response to the subpoena issued pursuant to the Court's Order Granting Expedited Discovery or Plaintiff has otherwise been unable to identify or locate the responsible party via the subscriber identification provided by the Internet Service Provider. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Doe Defendant(s) without prejudice.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL
Civil Action No. 16-cv-1175RSM
INIP-6-0047P37 VDMISS - Doe 10

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301